UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YVONNE R. TYSON,

            Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

            Defendant.

Case No. C14-697 JCC-BAT

**ORDER OF DISMISSAL**

The Court has considered the parties' stipulated motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record. Accordingly, the Court does hereby find and **ORDER**:

(1)    The Court **ADOPTS** the Report and Recommendation.

(2)    The case is **DISMISSED** with prejudice and without fees or costs to either party.

(3)    The Clerk shall send copies of this Order to the parties.

DATED this 19th day of December, 2014.

                                            JOHN C. COUGHENOUR
                                            United States District Judge